# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRETT LOMES, | Case No.: 5:16-cv-01396--FFM |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: November 23, 2016

　　　　　　　　　　/s/  Frederick F. Mumm
　　　　　THE HONORABLE FREDERICK F. MUMM
　　　　　UNITED STATES MAGISTRATE JUDGE

-1-