**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| BRETT LOMES, | Case No.: 5:16-cv-01396--FFM |
| Plaintiff, | JUDGEMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATE: November 23, 2016

/s/ Frederick F. Mumm
THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE